**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS**

DEBORAH CAINE, individually and on behalf
of all others similarly situated,

                        Plaintiff,        Case No. 1:25-cv-10261

        v.

STURDY MEMORIAL HOSPITAL, INC.,

                     Defendant.

**<ins>STURDY MEMORIAL HOSPITAL INC.'S
CORPORATE DISCLOSURE STATEMENT</ins>**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Sturdy Memorial Hospital, Inc., by and through

its undersigned counsel of record, hereby certifies that its parent is Sturdy Foundation, Inc. There

are no publicly held corporations that own ten (10%) or more of its stock as there is no stock.

Dated: February 3, 2025

Respectfully submitted,

*/s/ James H. Rollinson*
James H. Rollinson, Esq. (BBO #649407)
BAKER & HOSTETLER LLP
127 Public Street
Suite 2000
Cleveland, OH 44116
jrollinson@bakerlaw.com
T: (216) 621-0200
F: (216) 626-0740

Paul G. Karlsgodt (pro hac vice to be filed)
BAKER & HOSTETLER LLP
1801 California Street
Suite 4400
Denver, CO 80202-2662
pkarlsgodt@bakerlaw.com
T: (303) 764-4013
F: (303) 861-7805

Elizabeth A. Scully (pro hac vice to be filed)
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304
escully@bakerlaw.com
T: (202) 861-1500
F: (202) 861-1783

*Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on February 3, 2025 copies of the foregoing were served on the

following by email at the addresses listed below.

John Roddy
Elizabeth Ryan
BAILEY GLASSER LLP
176 Federal Street, 5th Floor
Boston, MA 02110
jroddy@baileyglasser.com
eryan@baileyglasser.com

Lawrence J. Lederer
Bart D. Cohen
BAILEY GLASSER LLP
1622 Locust St.
Philadelphia, PA 19103
llederer@baileyglasser.com
bcohen@baileyglasser.com

*Attorneys for Plaintiff*

*/s/ James H. Rollinson*
*One of the attorneys for defendant*