**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| DEBORAH CAINE, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>      v.<br><br>STURDY MEMORIAL HOSPITAL, INC.,<br><br>          Defendant. | Case No. 1:25-cv-10261 |

**CONSENT MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND
TO THE AMENDED COMPLAINT AND SET SCHEDULE**

Defendant Sturdy Memorial Hospital, Inc. ("Defendant" or "Sturdy Memorial") moves this Court to extend Defendant's deadline to respond to the Amended Complaint, as well as extend the briefing related thereto. Plaintiff consents to the relief requested. Plaintiff recently filed an Amended Complaint in Massachusetts state court on January 24, 2025, before Defendant removed this action to this Court on February 3, 2025, that raised a new cause of action against the Defendant. The Defendant requests an extension of Defendant's deadline to move to dismiss or otherwise respond to the Amended Complaint, as well as to the related briefing thereto, to allow Defendant time to investigate this new cause of action. This extension would not affect any other deadlines in this case or unduly hinder the Court's ability to proceed with the case in a timely manner.

WHEREFORE, for the foregoing reasons, the Defendant respectfully requests this Honorable Court:

A.    GRANT the Consent Motion to Extend Time for Defendant to Respond to the Amended Complaint and Set Schedule;

B.    EXTEND the time for Defendant to file its motion to dismiss or otherwise respond to the Amended Complaint up to and including March 14, 2025;

C.    EXTEND the time for Plaintiff to oppose or otherwise respond to Defendant's motion to dismiss up to and including April 15, 2025;

D.    EXTEND the time for Defendant to file any reply in support of its motion to dismiss up to and including twenty-one (21) days after Plaintiff files any opposition.

Dated: February 6, 2025

Respectfully submitted,

*/s/ James H. Rollinson*
James H. Rollinson, Esq. (BBO #649407)
BAKER & HOSTETLER LLP
127 Public Street
Suite 2000
Cleveland, OH 44116
jrollinson@bakerlaw.com
T: (216) 621-0200
F: (216) 626-0740

Paul G. Karlsgodt (pro hac vice to be filed)
BAKER & HOSTETLER LLP
1801 California Street
Suite 4400
Denver, CO 80202-2662
pkarlsgodt@bakerlaw.com
T: (303) 764-4013
F: (303) 861-7805

Elizabeth A. Scully (pro hac vice to be filed)
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304
escully@bakerlaw.com
T: (202) 861-1500
F: (202) 861-1783

*Attorneys for Defendant*

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

I, James H. Rollinson, hereby certify that counsel for Defendant has conferred with counsel for Plaintiff on this motion and that Plaintiff consents to this motion.

*/s/ James H. Rollinson*
*One of the attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 6, 2025, copies of the foregoing were filed using the Court's CM/ECF service which will provide service copies to the Plaintiff's counsel of record.

*/s/ James H. Rollinson*
*One of the attorneys for Defendant*