# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS

DEBORAH CAINE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

STURDY MEMORIAL HOSPITAL, INC.,

Defendant.

Case No. 1:25-cv-10261

## [PROPOSED] ORDER

Upon consideration of Defendant Sturdy Memorial Hospital, Inc.'s ("Defendant" or "Sturdy Memorial") Consent Motion to Extend Time for Defendant to Respond to the Amended Complaint and Set Schedule ("Motion"), it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Defendant's time to file its motion to dismiss or otherwise respond to the Amended Complaint is extended up to an including March 14, 2025;

ORDERED that Plaintiff's time to oppose or otherwise respond to Defendant's motion to dismiss is extended up to and including April 15, 2025; and

ORDERED that Defendant's time to file any reply in support of its motion to dismiss is extended up to and including twenty-one (21) days after Plaintiff files any opposition.

IT IS SO ORDERED.

ENTERED this __sixth____ day of _February___ 2025.

_____

UNITED STATES DISTRICT JUDGE
DISTRICT COURT OF MASSACHUSETTS