**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Deborah Caine, individually and on behalf of all others similarly situated, | Case No.: 1:25-cv-10261-ADB |
| Plaintiff, | |
| v. | |
| Sturdy Memorial Hospital, Inc., | |
| Defendant. | |

**Plaintiff's Unopposed Motion For Extension of Time to Respond to Motion to Dismiss**

Plaintiff Deborah Caine moves for an extension of the current deadline to respond to Defendant Sturdy Memorial Hospital, Inc.'s Motion to Dismiss Amended Complaint. In support of her motion, Ms. Caine states:

1. Sturdy filed its Motion to Dismiss on March 14, 2025. ECF # 8.

2. Ms. Caine's deadline to respond is currently April 15, 2025. ECF # 6.

3. Sturdy's reply to any opposition is due within 21 days after Ms. Caine files any opposition. *Id.*

4. Because of other briefing deadlines facing Ms. Caine's counsel, she requests an additional seven days, up to and including April 22, 2025, to respond to Sturdy's motion.

5. Ms. Caine will not oppose any correspondent seven day extension for Sturdy's current reply deadline.

6.      Neither Ms. Caine's requested extension nor a parallel extension, should

Sturdy request it, will unduly delay this proceeding and will not affect

any other case deadlines.

7.      Sturdy does not oppose this motion.

WHEREFORE, Plaintiff requests that this Court grant this motion to extend the

deadline for Plaintiff's Opposition to Defendant's Motion to Dismiss an additional

seven days, up to and including April 22, 2025.

Dated: March 26, 2025

Respectfully submitted,

*/s/ John Roddy*
John Roddy (BBO No. 424240)
Elizabeth Ryan (BBO No. 549632)
Bailey Glasser LLP
101 Arch Street, 8th Floor
Boston, MA 02110
(617) 439-6730 (phone)
(617) 951-3954 (fax)
jroddy@baileyglasser.com
eryan@baileyglasser.com

Lawrence J. Lederer (to be admitted *pro hac vice*)
Bart D. Cohen(to be admitted *pro hac vice*)
Bailey Glasser LLP
1622 Locust St.
Philadelphia, PA 19103
(215) 274-9420 (phone)
(202) 463-2103 (fax)
llederer@baileyglasser.com
bcohen@baileyglasser.com

*Attorneys for Plaintiff and the Proposed Class*

2

## Local 7.1 Certification

I certify that counsel for Plaintiff conferred with counsel for Defendant on March 25, 2025 regarding this motion. Defendant does not oppose the relief requested.

*/s/ John Roddy*
John Roddy