**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Deborah Caine, individually and on behalf of all others similarly situated, | Case No.: 1:25-cv-10261-ADB |
| Plaintiff, | |
| v. | |
| Sturdy Memorial Hospital, Inc., | |
| Defendant. | |

**Plaintiff's Unopposed Motion for Three Day Extension of Time**

Plaintiff Deborah Caine's opposition to Sturdy's motion to dismiss is currently due on April 22, 2025. Ms. Caine's counsel has been occupied with dispositive motion practice in three other cases and moves for a three day extension of the April 22 deadline to adequately prepare Plaintiff's opposition to Sturdy's motion.

Ms. Caine's counsel has conferred with Sturdy's counsel regarding this request and Sturdy's counsel does not oppose this short extension.

WHEREFORE, Plaintiff requests that this Court grant her motion for leave to file her opposition to Sturdy's motion to dismiss on or before April 25, 2025.

Dated: April 21, 2025

Respectfully submitted,

*/s/ John Roddy*
John Roddy (BBO No. 424240)
Elizabeth Ryan (BBO No. 549632)
Bailey & Glasser LLP
101 Arch Street, 8th Floor
Boston, MA 02110
(617) 439-6730 (phone)
(617) 951-3954 (fax)
jroddy@baileyglasser.com
eryan@baileyglasser.com

Lawrence J. Lederer (to seek admission *pro hac vice*)
Bart D. Cohen (to seek admission *pro hac vice*)
Bailey& Glasser LLP
1622 Locust Street
Philadelphia, PA 19103
(215) 274-9420 (phone)
(202) 463-2103 (fax)
llederer@baileyglasser.com
bcohen@baileyglasser.com

*Attorneys for Plaintiff and the Proposed Class*

**Local 7.1 Certification**

I certify that counsel for Plaintiff conferred with counsel for Defendant on April 18, 2025 regarding this motion. Defendant does not oppose the relief requested.

*/s/ John Roddy*
John Roddy

2