UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Deborah Caine, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>Sturdy Memorial Hospital, Inc.,<br><br>   Defendant. | Case No.: 1:25-cv-10261-ADB |

**Plaintiff's Motion for Leave to File and to Seal Second Amended Complaint**

  Pursuant to Local Rules 7.1 and 7.2, Plaintiff Deborah Caine moves for leave to file and impound her proposed Second Amended Complaint with redactions to preserve private and sensitive health information. Plaintiff served Defendant with an unredacted copy of the proposed Second Amended Complaint on April 21, 2025. An unredacted copy of the proposed Second Amended Complaint will be submitted to the Court.

  In support of her motion, Ms. Caine states:

  Ms. Caine has good cause for filing the proposed Second Amended Complaint with redactions because it contains references to highly sensitive, private, protected health information.

  Regulations promulgated under the Health Insurance Portability and Accountability Act ("HIPAA"), Pub. L. No. 104-191 (1996) define protected health information ("PHI") and individually identifiable health information ("IIHI"). IIHI is health information that can be linked to a specific person and PHI is IIHI that is

transmitted by or maintained in electronic media as well as any other form or medium. *See* 45 C.F.R. § 46.160.103.

Ms. Caine's counsel provided a copy of the proposed Second Amended Complaint to Sturdy's counsel on April 21, 2025, with the proposed redactions highlighted.

Pursuant to L.R. 7.2, Ms. Caine respectfully requests that if her motion for leave to file the proposed Second Amended Complaint is granted, that the proposed redactions be impounded until further order of the Court. Good cause exists for indefinite impoundment because of the sensitive nature of the information described above.

Ms. Caine refers the Court to the accompanying Memorandum of Law.

WHEREFORE, Ms. Caine requests that this Court enter an order granting her motion leave to file and for impoundment and allow her proposed Second Amended Complaint to be filed in a redacted format.

Dated: April 22, 2025

                Respectfully submitted,

                */s/ John Roddy*
                John Roddy (BBO No. 424240)
                Elizabeth Ryan (BBO No. 549632)
                Bailey & Glasser LLP
                101 Arch Street, 8th Floor
                Boston, MA 02110
                (617) 439-6730 (phone)
                (617) 951-3954 (fax)
                jroddy@baileyglasser.com
                eryan@baileyglasser.com

>Lawrence J. Lederer (to be admitted *pro hac vice*)
>Bart D. Cohen (to be admitted *pro hac vice*)
>Bailey & Glasser LLP
>1622 Locust Street
>Philadelphia, PA 19103
>(215) 274-9420 (phone)
>(202) 463-2103 (fax)
>llederer@baileyglasser.com
>bcohen@baileyglasser.com
>
>*Attorneys for Plaintiff and the Proposed Class*

**Local Rule 7.1 Certification**

I certify that counsel for Plaintiff conferred with counsel for Defendant on April 18, 21 and 22, 2025 regarding this motion. Defendant opposes this motion.

>*/s/ John Roddy*
>John Roddy

3