**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS**

DEBORAH CAINE, individually and on behalf of all
others similarly situated,

                            Plaintiff,

              v.

STURDY MEMORIAL HOSPITAL, INC.,

                          Defendant.

Case No. 1:25-cv-10261

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(b), James H. Rollinson, a member of the bar of this Court, moves this Honorable Court to admit attorney Elizabeth A. Scully of the firm Baker & Hostetler LLP *pro hac vice*.

In support of this motion, the Declaration of Ms. Scully is attached which states the following:

1.     She is a member of the bar in good standing in every jurisdiction in which she has been admitted to practice;

2.     She is not the subject of disciplinary proceeding pending in any jurisdiction in which she is a member of the bar;

3.     She has not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct; and

4.     She has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, movant James H. Rollinson respectfully requests this Court grant this motion to admit attorney Elizabeth A. Scully to practice before this Court *pro hac vice*.

## <u>LOCAL RULE 7.1(a)(2) CERTIFICATION</u>

Pursuant to Rule 7.1(a)(2), the undersigned counsel hereby certifies that counsel for Defendant conferred with counsel for Plaintiff, who has consented to this motion.

Dated: April 23, 2025

Respectfully submitted,

<u>/s/ James H. Rollinson</u>
James H. Rollinson, Esq. (BBO #649407)
BAKER & HOSTETLER LLP
127 Public Street
Suite 2000
Cleveland, OH 44116
jrollinson@bakerlaw.com
T: (216) 621-0200
F: (216) 626-0740

Paul G. Karlsgodt (pro hac vice to be filed)
BAKER & HOSTETLER LLP
1801 California Street
Suite 4400
Denver, CO 80202-2662
pkarlsgodt@bakerlaw.com
T: (303) 764-4013
F: (303) 861-7805

Elizabeth A. Scully (pro hac vice to be filed)
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304
escully@bakerlaw.com
T: (202) 861-1500
F: (202) 861-1783

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 23, 2025, copies of the foregoing were filed using the

Court's CM/ECF service which will provide service copies to the Plaintiff's counsel of record.

*/s/ James H. Rollinson*
*One of the attorneys for defendant*