**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Deborah Caine, individually and on behalf of all others similarly situated, | Case No.: 1:25-cv-10261-ADB |
| Plaintiff, | |
| v. | |
| Sturdy Memorial Hospital, Inc., | |
| Defendant. | |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

In support of her Opposition, ECF # 18, to Defendant's Motion to Dismiss the

Amended Complaint, ECF # 8, Ms. Caine submits the August 6, 2025 ruling by Judge

Sharon Johnson Coleman, of the United States District Court for the Northern District of

Illinois, in *Tiwan Allen v. Midwest Express Care, Inc., d/b/a Midwest Express Clinic*, Case

No. 1:24-cv-05348 (Aug. 6, 2025), attached as Exhibit 1, as supplemental authority. This

decision finds the tort-crime exception to apply where a health care provider used

digital tracking technology to capture and share with third parties the plaintiff's private

health information, the same claims and the same conduct Ms. Caine raises here.

Dated: August 11, 2025

Respectfully submitted,

*/s/ John Roddy*
John Roddy (BBO No. 424240)
Elizabeth Ryan (BBO No. 549632)
Bailey Glasser LLP
101 Arch Street, 8th Floor
Boston, MA 02110
(617) 439-6730 (phone)
(617) 951-3954 (fax)
jroddy@baileyglasser.com
eryan@baileyglasser.com

Lawrence J. Lederer
Bart D. Cohen
Bailey Glasser LLP
1622 Locust St.
Philadelphia, PA 19103
(215) 274-9420 (phone)
(202) 463-2103 (fax)
llederer@baileyglasser.com
bcohen@baileyglasser.com

*Attorneys for Plaintiff and the Proposed Class*