**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS**

DEBORAH CAINE, individually and on behalf of
all others similarly situated,

                              Plaintiff,

                v.

STURDY MEMORIAL HOSPITAL, INC.,

                            Defendant.

Case No. 1:25-cv-10261
Judge Allison D. Burroughs

**DEFENDANT STURDY MEMORIAL HOSPITAL, INC.'S
RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Through her Notice of Supplemental Authority, Plaintiff Deborah Caine offers an out-of-circuit case, at odds with First Circuit precedent and a recent decision in the District Court of Massachusetts, to support her position that the crime-tort exception of the Electronic Communications Privacy Act ("ECPA") should "apply where a health care provider used digital tracking technology to capture and share with third parties the plaintiff's private health information." ECF No. 23 at 1 (citing *Tiwan Allen v. Midwest Express Care, Inc., d/b/a Midwest Express Clinic*, 2025 WL 2240253, at *1 (N.D. Ill. Aug. 6, 2025)). As explained in Defendant Sturdy Memorial Hospital, Inc.'s Reply in Support of its Motion to Dismiss, Plaintiff's reliance on out-of-circuit cases like *Tiwan Allen* is misplaced because such cases conflict with First Circuit precedent. *See* ECF No. 20 at 2–9.

The only decision in the District of Massachusetts addressing the crime-tort exception in the context of a health care provider's use of digital marketing tools has correctly applied the law and jurisprudence in the First Circuit. *See Goulart et al. v. Cape Cod Healthcare, Inc.*, 2025 WL 1745732 (D. Mass. June 24, 2025); *see also* ECF No. 21. In that case, under near identical facts

and allegations to the present case, Judge Richard G. Stearns concluded that as a matter of law, marketing and advertising which are "commercial purposes or advantages are not the stuff of which a crime-tort is made" and dismissed the ECPA claim. *Id.* at *4. In applying First Circuit precedent, this Court should find the same.

Dated: August 19, 2025

Respectfully submitted,

/s/ Elizabeth A. Scully

Elizabeth A. Scully (admitted *pro hac vice*)
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304
escully@bakerlaw.com
T: (202) 861-1500

James H. Rollinson (BBO #649407)
BAKER & HOSTETLER LLP
127 Public Street
Suite 2000
Cleveland, OH 44116
jrollinson@bakerlaw.com
T: (216) 621-0200
F: (216) 626-0740

Paul G. Karlsgodt (*pro hac vice* to be filed)
BAKER & HOSTETLER LLP
1801 California Street
Suite 4400
Denver, CO 80202-2662
pkarlsgodt@bakerlaw.com
T: (303) 764-4013
F: (303) 861-7805

*Attorneys for Defendant*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 19, 2025, a copy of the foregoing was served via CM/ECF which will serve the Plaintiff's counsels of record.

*/s/ Elizabeth A. Scully*
Elizabeth A. Scully (admitted *pro hac vice*)

*Attorney for Defendant*