**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Deborah Caine, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> Sturdy Memorial Hospital, Inc., <br><br> Defendant. | Case No.: 1:25-cv-10261-ADB |

**Plaintiff's Motion to Impound Second Amended Complaint**

Pursuant to Local Rules 7.1 and 7.2, Plaintiff Deborah Caine moves to impound her Second Amended Complaint to preserve private and sensitive health information. Plaintiff has served Defendant with an unredacted copy of the Second Amended Complaint. An unredacted copy of the Second Amended Complaint will be submitted to the Court upon allowance of this motion. Plaintiff will also file on the docket a redacted version of the Second Amended Complaint.

In support of her motion, Ms. Caine states:

1.     Ms. Caine has good cause for filing the Second Amended Complaint with redactions because it contains references to highly sensitive, private, protected health information.

2.     Regulations promulgated under the Health Insurance Portability and Accountability Act ("HIPAA"), Pub. L. No. 104-191 (1996) define protected health information ("PHI") and individually identifiable health information ("IIHI"). IIHI is health information that can be linked to a specific person and PHI is IIHI that is

transmitted by or maintained in electronic media as well as any other form or medium. *See* 45 C.F.R. § 46.160.103.

3.      Ms. Caine's counsel will provide a copy of the Second Amended Complaint to Sturdy's counsel, with the proposed redactions highlighted.

4.      Pursuant to L.R. 7.2, Ms. Caine respectfully requests that if her motion to impound the Second Amended Complaint is granted, that the proposed redactions be impounded until further order of the Court. Good cause exists for indefinite impoundment because of the sensitive nature of the information described above.

5.      Ms. Caine refers the Court to the accompanying Memorandum of Law.

WHEREFORE, Ms. Caine requests that this Court enter an order granting her motion to impound her Second Amended Complaint and allow a public version to be filed in a redacted format.

Dated: March 31, 2026

Respectfully submitted,

*/s/ John Roddy*
John Roddy (BBO No. 424240)
Elizabeth Ryan (BBO No. 549632)
Bailey & Glasser LLP
101 Arch Street, 8th Floor
Boston, MA 02110
(617) 439-6730 (phone)
(617) 951-3954 (fax)
jroddy@baileyglasser.com
eryan@baileyglasser.com

2

Lawrence J. Lederer (to be admitted *pro hac vice*)
Bart D. Cohen(to be admitted *pro hac vice*)
Bailey & Glasser LLP
1622 Locust Street
Philadelphia, PA 19103
(215) 274-9420 (phone)
(202) 463-2103 (fax)
llederer@baileyglasser.com
bcohen@baileyglasser.com

*Attorneys for Plaintiff and the Proposed Class*

**Local Rule 7.1 Certification**

I certify that counsel for Plaintiff conferred with counsel for Defendant on March 27, 2026 regarding this motion. Defendant opposes the relief requested in this motion.

*/s/ John Roddy*
John Roddy

3