**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| DEBORAH CAINE, on behalf of herself and all others similarly situated,<br><br>              Plaintiff,<br><br>        v.<br><br>STURDY MEMORIAL HOSPITAL, INC.,<br><br>              Defendant. | Case No.: 1:25-cv-10261 |

**CONSENT MOTION TO EXTEND
MOTION TO DISMISS BRIEFING SCHEDULE**

Defendant Sturdy Memorial Hospital, Inc.'s ("Defendant") moves this Court for an extension of Defendant's deadline to respond to the Second Amended Complaint that was filed on March 31, 2026 and the briefing related thereto. Plaintiff consents to the relief requested. Defendant requests this brief extension due to defense counsel having a number of intervening issues and deadlines that will impact defense counsel's ability to meet the current response deadline. This extension would not affect any other deadlines in this case or unduly hinder the Court's ability to proceed with the case in a timely manner.

WHEREFORE, for the foregoing reasons, the Defendant respectfully requests this Honorable Court:

  A.  GRANT the Consent Motion to Extend Motion to Dismiss Briefing Schedule;

  B.  EXTEND the time for Defendant to file its motion to dismiss or otherwise respond to the Second Amended Complaint up to and including April 30, 2026;

  C.  EXTEND the time for Plaintiff to oppose or otherwise respond to Defendant's motion to dismiss up to and including May 29, 2026;

1

D.  EXTEND the time and allow for Defendant to file any reply in support of its motion to

dismiss up to and including June 26, 2026.

Dated: April 1, 2026                              Respectfully submitted,

                                                  */s/ Elizabeth A. Scully*
                                                  Elizabeth A. Scully (admitted *pro hac vice*)
                                                  BAKER & HOSTETLER LLP
                                                  Washington Square, Suite 1100
                                                  1050 Connecticut Avenue, N.W.
                                                  Washington, DC 20036-5304
                                                  escully@bakerlaw.com
                                                  T: (202) 861-1500

                                                  James H. Rollinson (BBO #649407)
                                                  BAKER & HOSTETLER LLP
                                                  127 Public Street
                                                  Suite 2000
                                                  Cleveland, OH 44116
                                                  jrollinson@bakerlaw.com
                                                  T: (216) 621-0200
                                                  F: (216) 626-0740

                                                  *Attorneys for Defendant*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on April 1, 2026, a copy of the foregoing was served via CM/ECF which will serve the Plaintiff's counsels of record.

*/s/ Elizabeth A. Scully*

Elizabeth A. Scully (admitted pro hac)
BAKER & HOSTETLER LLP

*Attorney for Defendant*