**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS**

| |
|---|
| DEBORAH CAINE, on behalf of herself and all others similarly situated, |
| Plaintiff, |
| v. |
| STURDY MEMORIAL HOSPITAL, INC., |
| Defendant. |

Case No.: 1:25-cv-10261

**DEFENDANT STURDY MEMORIAL HOSPITAL, INC.'S
MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Sturdy Memorial Hospital, Inc. ("Sturdy Memorial") respectfully moves this Court to dismiss Plaintiff's Second Amended Complaint with prejudice because Plaintiff fails to state a claim upon which relief can be granted. The facts and arguments supporting this Motion are set forth in the accompanying Memorandum.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to L.R. 7.1(d), Sturdy Memorial respectfully requests oral argument on this motion to dismiss should the Court not be inclined to grant the motion without such.

Dated: April 30, 2026

Respectfully submitted,


/s/ Elizabeth A. Scully

Elizabeth A. Scully (admitted *pro hac vice*)
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304
escully@bakerlaw.com
T: (202) 861-1500
F: (202) 861-1783


James H. Rollinson, Esq. (BBO #649407)
BAKER & HOSTETLER LLP
127 Public Street
Suite 2000
Cleveland, OH 44116
jrollinson@bakerlaw.com
T: (216) 621-0200
F: (216) 626-0740


*Attorneys for Defendant*

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

I, hereby certify that I conferred with Plaintiff's counsel, in good faith regarding this motion but the parties were unable to resolve the issues in this motion.

*/s/ Elizabeth A. Scully*_____
*One of the attorneys for defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 30, 2026, copies of the foregoing were filed using the Court's CM/ECF service which will provide service copies to the Plaintiff's counsel of record.

*/s/ Elizabeth A. Scully*_____
*One of the attorneys for defendant*