**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Deborah Caine, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>Sturdy Memorial Hospital, Inc.,<br><br>    Defendant. | Case No.: 1:25-cv-10261-ADB |

**Plaintiff's Motion to Impound Opposition to Defendant's Motion to Dismiss Second Amended Complaint**

Pursuant to Local Rules 7.1 and 7.2, Plaintiff Deborah Caine moves to impound her Opposition to Defendant's Motion to Dismiss Second Amended Complaint ("Opposition") to preserve private and sensitive health information. Plaintiff has served Defendant with an unredacted copy of the Opposition. An unredacted copy of the Opposition will be submitted to the Court upon allowance of this motion. Plaintiff will also file on the docket a redacted version of the Opposition.

In support of her motion, Ms. Caine states:

1. Ms. Caine has good cause for filing the Opposition with redactions because it contains references to highly sensitive, private, protected health information.

2. Most of the highly sensitive, private protected health information contained in the Opposition appears in Plaintiff's Second Amended Complaint, which this Court ordered to be impounded. Dkt. 29.

3.      Regulations promulgated under the Health Insurance Portability and Accountability Act ("HIPAA"), Pub. L. No. 104-191 (1996) define protected health information ("PHI") and individually identifiable health information ("IIHI"). IIHI is health information that can be linked to a specific person and PHI is IIHI that is transmitted by or maintained in electronic media as well as any other form or medium. *See* 45 C.F.R. § 46.160.103.

4.      Ms. Caine's counsel will provide a copy of the Opposition to Sturdy's counsel, with the proposed redactions highlighted.

5.      Pursuant to L.R. 7.2, Ms. Caine respectfully requests that if her motion to impound the Opposition is granted, that the proposed redactions be impounded until further order of the Court. Good cause exists for indefinite impoundment because of the sensitive nature of the information described above.

WHEREFORE, Ms. Caine requests that this Court enter an order granting her motion to impound her Opposition to Defendant's Motion to Dismiss Second Amended Complaint and allow a public version to be filed in a redacted format.

Dated: May 29, 2026

                                Respectfully submitted,

                                */s/ John Roddy*
                                John Roddy (BBO No. 424240)
                                Elizabeth Ryan (BBO No. 549632)
                                Bailey & Glasser LLP
                                101 Arch Street, 8th Floor
                                Boston, MA 02110
                                (617) 439-6730 (phone)
                                (617) 951-3954 (fax)
                                jroddy@baileyglasser.com
                                eryan@baileyglasser.com

Lawrence J. Lederer (to be admitted *pro hac vice*)
Bart D. Cohen(to be admitted *pro hac vice*)
Bailey & Glasser LLP
1622 Locust Street
Philadelphia, PA 19103
(215) 274-9420 (phone)
(202) 463-2103 (fax)
llederer@baileyglasser.com
bcohen@baileyglasser.com

*Attorneys for Plaintiff and the Proposed Class*

## Local Rule 7.1 Certification

I certify that counsel for Plaintiff attempted to confer by email with counsel for Defendant on May 28, 2026 regarding this motion. As of this date, counsel for Defendant has not responded to that email or indicated their position on this motion.

*/s/ John Roddy*
John Roddy

3